UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __10-3739__  Case Manager: _____

Case Name: __Mark Leyse__  vs. __Clear Channel Broadcasting Inc., et al.__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

__Clear Channel Broadcasting Inc., Clear Channel Communication, Inc., Critical Mass Media, Inc__

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice
☒ Appellee   ☐ Respondent  ☐ Intervenor      Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Monica L. Dias__  Admitted: __11/21/2002__
(Sixth Circuit admission date only)

Signature: __/s/ Monica L. Dias__

Firm Name: __Frost Brown Todd LLC__

Business Address: __201 East Fifth Street, 2200 PNC Center__

Suite: _____  City/State/Zip: __Cincinnati, Ohio 45202__

Telephone Number: (Area Code) __(513)651-6800__  Fax: __513-651-6981__

---

CERTIFICATE OF SERVICE

I certify that on __April 20, 2011__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Monica L. Dias__

6ca-68
3/09