UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 10-3739

Case Manager: _____

Case Name: Mark Leyse vs. Clear Channel Broadcasting, Inc., et al.

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Clear Channel Broadcasting, Inc.; Clear Channel Communications, Inc. and

Critical Mass Media, Inc.

☐ Appellant
■ Appellee
☐ Petitioner
☐ Respondent
☐ Amicus Curiae
☐ Intervenor
☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: Judith A. Archer, Esq.

Admitted: 6/30/2010 (Sixth Circuit admission date only)

Signature: /s/ Judith A. Archer, Esq.

Firm Name: Fulbright & Jaworski LLP

Business Address: 666 Fifth Avenue

Suite: _____   City/State/Zip: New York, NY 10103

Telephone Number: (Area Code) 212.318.3342   Fax: 212.318.3400

---

CERTIFICATE OF SERVICE

I certify that on August 4, 2011 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Judith A. Archer, Esq.

6ca-68
3/09